IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARY J. HECTOR, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-07-1134-C |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant | ) | |

ORDER ADOPTING FINDINGS AND RECOMMENDATION

This action for judicial review of the Commissioner's denial of disability insurance benefits was referred for initial proceedings to United States Magistrate Judge Shon T. Erwin, consistent with 28 U.S.C. § 636(b)(1)(B).  Judge Erwin entered his Findings and Recommendation on September 8, 2008, recommending that the decision of the Commissioner be affirmed.  Plaintiff, through counsel, has timely filed an objection to these findings and the Court therefore considers the matter de novo.

In her objections to the Findings and Recommendation of Judge Erwin, Plaintiff restates the substance of her original arguments, specifying the ways in which she contends the Magistrate Judge erred.  This Court agrees with the Magistrate Judge that the Administrative Law Judge ("ALJ") did not commit error in the ways alleged by the Plaintiff.  Indeed, the ALJ included expansive and detailed discussions in his decision which both

employed the proper standard of review and the appropriate analysis based on the evidence. There is no purpose served in repeating all of that here. Suffice it to say, the Court can find no error in either the Findings and Recommendation of the Magistrate Judge or the conclusion of the ALJ that Plaintiff is not entitled to disability insurance benefits.

Accordingly, the Court adopts, in its entirety, the Findings and Recommendation of the Magistrate Judge, and, for the reasons stated therein, the decision of the Commissioner in this case is affirmed. A judgment will enter accordingly.

IT IS SO ORDERED this 22nd day of October, 2008.

ROBIN J. CAUTHRON
United States District Judge